PEOPLE ex rel. ALLEN, Respondent, v. NEAL, Appellant.

(Supreme Court, General Term, Fifth Department.  June 23, 1893.)

Proceeding by the people, on the relation of Frank Allen, against Alfred H. Neal, superintendent of Erie county penitentiary.

No opinion.  Order of the county judge of Erie county appealed from reversed, and relator remanded to the custody of the superintendent of the Erie county penitentiary.  Laws 1892, c. 401, § 35;  Code Civil Proc. § 2038.

RAILROAD EQUIPMENT CO., Respondent, v. BLAIR, Appellant.

(Supreme Court, General Term, Fifth Department.  June 23, 1893.)

Action by the Railroad Equipment Company against Mitchell S. Blair, as receiver of the Rochester, Hornellsville & Lackawanna Railroad Company.

No opinion.  Judgment appealed from affirmed.

ROOT, Respondent, v. STRONG, Appellant.

(Supreme Court, General Term, Fifth Department.  June 23, 1893.)

Action by Margaret A. Root against John R. Strong, as executor, etc.

No opinion.  Motion to dismiss appeal on account of the nonservice of printed papers granted on default.

In re SUTCLIFFE.

In re JONES.

(Supreme Court, General Term, Fifth Department.  June 23, 1893.)

Judicial settlement of the accounts of Hadley Jones, as assignee for the benefit of creditors of William Sutcliffe.  From an order denying a motion by Samuel K. Nester to vacate the decree made on the settlement, said Nester appeals.

Argued before DWIGHT, P. J., and LEWIS, MACOMBER, and HAIGHT, JJ.

D. B. Backenstose, for appellant.
E. C. Aiken, for respondent.

Order of the special county judge of Cayuga county appealed from reversed, with costs payable out of the fund, and the motion granted.  Opinion by Macomber, J.  All concur.

At the request of Macomber, J., the opinion is not published.